IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAFAEL SOLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-08-07-D |
| | ) |
| H.A. LEDEZMA, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bana Roberts pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) on March 10, 2008. Judge Roberts recommends that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 be summarily dismissed upon filing because Petitioner's exclusive remedy is a motion under 28 U.S.C. § 2255 in the Western District of Michigan, where his sentence was imposed. Petitioner sought and received an extension of time to object to the Report. *See* Order Granting Extension of Time [Doc. No. 11]. However, no timely objection has been filed.

Because Petitioner has failed to file an objection, further review of all issues is waived. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For this reason, and reasons fully explained by Judge Roberts, the Court finds the Petition should be dismissed without prejudice.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 9] in its entirety. The Petition is dismissed without prejudice to refiling.

IT IS SO ORDERED this 2nd day of May, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE